# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0092

_____

SCOTT THOMAS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

July 16, 2025

PER CURIAM.

As the circuit court struck the pending motion for postconviction relief with leave to amend, the Court denies the amended petition for writ of mandamus. *See Munn v. Fla. Parole Comm'n*, 807 So. 2d 733 (Fla. 1st DCA 2002).

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Scott W. Thomas, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.